United States District Court
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6   MICHAEL ANTHONY WILLIAMS

7              Plaintiff,                      No. C 13-4638 EDL (PR)

8        v.                                    **ORDER TO SHOW CAUSE
                                               WHY SANCTIONS SHOULD**
9   DEPUTY BRANNON and DEPUTY                  **NOT BE IMPOSED**
    FRANKO,
10

11              Defendants.
                                        /

12        On October 7, 2013, plaintiff, a California state prisoner proceeding *pro se*, filed a

13   federal civil rights complaint, pursuant to 42 U.S.C. § 1983.  That same day, plaintiff

14   consented to magistrate judge jurisdiction.  On November 15, 2013, the court issued an

15   order of service upon named defendants and directed defendants to file a dispositive

16   motion within sixty days.  On February 26, 2014, defendants consented to magistrate judge

17   jurisdiction and filed a motion for an extension of time to file a dispositive motion.

18        On March 12, 2014, the court granted defendants' motion.  Since then, defendants

19   have filed two more motions for extensions of time within which to file a dispositive motion.

20   The court granted those requests, but in the court's last order, dated June 23, 2014, the

21   court directed defendants to file their dispositive motion no later than September 30, 2014.

22   Further, the court warned that, absent exigent circumstances, further requests for an

23   extension of time would be disfavored.

24        Rather than file a dispositive motion, or file another motion for an extension of time,

25   defendants have not communicated with the court since their last request for an extension

26   of time, dated June 6, 2014.

27        Accordingly, defendants' attorney, Mary Ellyn Gormley, Esq., at the Office of County

28   Counsel at the County of Alameda, is ORDERED TO SHOW CAUSE why she should not

**United States District Court**

For the Northern District of California

1  be sanctioned for failing to meet the September 30, 2014, deadline to file a dispositive

2  motion, or otherwise comply with court orders.  Attorney Gormley must file a written

3  response to this Order to Show Cause by Monday, December 1, 2014, if she contests it.

4  Failure to file a timely written response may be deemed an admission that no good cause

5  exists for Attorney Gormley's failure to meet the September 30, 2014 deadline, sanctions

6  may be imposed, and the order may issue without further proceedings.

7       **IT IS SO ORDERED.**

8  Dated: November 18, 2014.



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

P:\PRO-SE\EDL\CR.13\Williams4638.osc.wpd

2