UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY WILLIAMS,

        Plaintiff,

    v.

DEPUTY R. FRANCO, et al.,

        Defendants.
_____/

No. C 13-4638 EDL (PR)

**ORDER APPOINTING COUNSEL**

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On July 30, 2015, the court denied defendants' motion for summary judgment. Prior to setting the case for trial, however, the court referred the case to the Pro Se Settlement Program. On November 16, 2015, Magistrate Judge Vadas informed the court that the case did not settle. On November 30, 2015, the court granted plaintiff's motion for an appointment of counsel, and referred the case to the Federal Pro Bono Project to locate pro bono counsel.

The Federal Pro Bono Project has informed the court that Rudy Kim (#199426) of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304, and Molly Smolen (#293328) of Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105, have agreed to serve as appointed pro bono counsel for plaintiff. Thus, Rudy Kim and Molly Smolen are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) for all purposes for the duration of the case. Counsel shall be familiar with the Federal Pro Bono Project Guidelines posted on the court's website. The scope of this referral shall be for all purposes for the duration of the case.

The Clerk shall set this matter for a case management conference within 90 days of the filing date of this order. At that time, the administrative stay of this case shall be lifted.

**IT IS SO ORDERED.**

Dated: December 28 , 2015.

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.13\Williams638apptcounsel.wpd

**United States District Court**
For the Northern District of California

2