United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY WILLIAMS,

    Plaintiff,

v.

R. FRANCO, #1919, et al.,

    Defendants.

Case No. 13-cv-04638-EDL

**ORDER RE-OPENING CASE**

Re: Dkt. No. 90

On July 30, 2015, this Court denied Defendants' motion for summary judgment, referred the case to the Court's Pro Se Prisoner Settlement Program, stayed the matter pending the settlement conference, and administratively closed the case. See Dkt. No. 90. The case did not settle during the settlement conference held on November 12, 2015 and the Court granted Plaintiff's motion to appoint counsel. Counsel was appointed and a case management conference is set for March 22, 2016. The Clerk of Court is hereby Ordered to re-open this case.

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge